STATE v. MOORE

No. 279P89

Case below: 94 N.C.App. 55

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

STATE v. MORGAN

No. 425P89

Case below: 95 N.C.App. 639

Petition by Attorney General for temporary stay allowed 6 October 1989.

STATE v. PAKULSKI

No. 407P89

Case below: 95 N.C.App. 517

Petition by Attorney General for writ of supersedeas and temporary stay allowed 2 October 1989.

STATE v. PARSONS

No. 297P89

Case below: 94 N.C.App. 391

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

STATE v. PRUITT

No. 305P89

Case below: 94 N.C.App. 261

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.